No. 540. WEISS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Sidney Morse* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.

No. 541. BROCKMAN BUILDING CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *A. Calder Mackay* and *Stafford R. Grady* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Lee A. Jackson* and *A. F. Prescott* for respondent.

No. 542. BAXTER *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edwin J. McDermott* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Herman Marcuse* for the United States.

No. 546. MARIO MERCADO E HIJOS *v.* PASARELL ET AL. C. A. 1st Cir. Certiorari denied. *Pedro M. Porrata* for petitioner. *Jose Guillermo Vivas* for respondents.

No. 549. WISMILLER *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff* for the United States.

No. 472. PRODUCTIVE INVENTIONS, INC. *v.* TRICO PRODUCTS CORP. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Herbert A. Bergson* and *Daniel J. Freed* for petitioner. *Frank G. Raichle* and *Arnold Weiss* for respondent.